PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMIE JOHNSON, | ) | |
| | ) | CASE NO. 1:15cv1322 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| GRAFTON CORRECTIONAL | ) | |
| INSTITUTION WARDEN, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Respondent. | ) | **ORDER** |

Petitioner filed this action on July 1, 2015.  ECF No. 1.  He did not pay the filing fee nor did he request permission to proceed *in forma pauperis*.  On August 20, 2015, the Court ordered Petitioner to resolve the issue of the filing fee within thirty days by either paying the full filing fee or by filing an Application to Proceed *In Forma Pauperis*.  ECF No. 3.  Although more than thirty days have passed, Petitioner has not complied with the Court's Order.  Accordingly, this action is dismissed without prejudice for failure to prosecute. *Gravitt v. Tyszkiewicz*, 14 F. App'x 348, 349 (6th Cir. 2001) (holding dismissal without prejudice appropriate when prisoner failed to comply with court order to either pay the full filing fee or apply to proceed *in forma pauperis*).

IT IS SO ORDERED.

  November 16, 2015                         /s/ Benita Y. Pearson
Date                                      Benita Y. Pearson
                                          United States District Judge